Form odefo  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 19−20543 | Chapter: 13 |

In re:
Tiffany Jo VanNorman
fka    Tiffany Jo Boone
12582 County Road 1095
Mound City, KS 66056

SSN: xxx−xx−3135

Nathan T. VanNorman
12582 County Road 1095
Mound City, KS 66056

SSN: xxx−xx−1941

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

> **Filed and Entered By The Court**
> **5/6/19**
> David D. Zimmerman
> Clerk of Court
> US Bankruptcy Court

The following document was filed in this matter and is defective for the following reason(s):

*20* – Notice of Objection Deadline. Proposed Hearing to be held 6/18/2019 at 9:30 am. Certificate of Service on 5/4/2019. Filed by Stephen S Marshall on behalf of Nathan T. VanNorman, Tiffany Jo VanNorman (RE: related document(s)18 Motion for Deviate from local rule re plan payments Filed on behalf of Joint Debtor Nathan T. VanNorman, Debtor Tiffany Jo VanNorman, with Certificate of Service.) Objections due by 6/10/2019. (Marshall, Stephen)

*21* – Notice of Objection Deadline. Proposed Hearing to be held 6/18/2019 at 9:30 am. Certificate of Service on 5/4/2019. Filed by Stephen S Marshall on behalf of Nathan T. VanNorman, Tiffany Jo VanNorman (RE: related document(s)19 Amended Chapter 13 Plan Filed by Joint Debtor Nathan T. VanNorman, Debtor Tiffany Jo VanNorman (RE: related document(s)3 Chapter 13 Plan).) Objections due by 6/10/2019. (Marshall, Stephen)

**The mailing matrix showing the name and address of the parites served must be attached to the certificate of service.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 22 – 20, 21

s/   Robert D. Berger
Judge, United States Bankruptcy Court