# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Tiffany Jo VanNorman
Nathan T. VanNorman
          Debtors        Case No: 19-20543-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S
## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on August 19, 2019 is hereby withdrawn.

Dated: September 05, 2019      s/W.H. Griffin, Chapter 13 Trustee

       W.H. Griffin #08060
       5115 ROE BLVD
       SUITE 200
       ROELAND PARK, KS 66205-2393
       (913) 677-1311
       (913) 432-7857 (Fax)
       inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on September 05, 2019.

Tiffany Jo VanNorman
Nathan T. VanNorman
12582 County Road 1095
Mound City, KS 66056

s/W.H. Griffin, Chapter 13 Trustee

       W.H. Griffin #08060
       5115 ROE BLVD
       SUITE 200
       ROELAND PARK, KS 66205-2393
       (913) 677-1311
       (913) 432-7857 (Fax)
       inquiries@13trusteekc.com