IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Tiffany Jo VanNorman
    Nathan T. VanNorman
        Debtors         Case No: 19-20543-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtors have failed to maintain payments as required under 11 U.S.C. Section 1326. The Trustee calculates the current default amount as $6960.00 through September 2019. If the Debtor has obtained new employment the Trustee requests the Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

If payments are not received by the 30th of each month, the Trustee requests an Order permitting dismissal of the case without further notice or hearing.

The Plan is exceeding the allowed five year limitation. The Trustee calculates that the payment will need to increase to $3450.00 per month in order for the Plan to complete within the five year limitation.

Failure to turn over 2018 tax refunds in the amount of $3,443.25 as requested September 4, 2019.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated: October 11, 2019

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com
